**JS-6**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER GONZALEZ,<br><br>    Plaintiff,<br><br>vs.<br><br>FCA US, LLC; and DOES 1 through 10, inclusive<br><br>    Defendants. | Case No.: 8:21-cv-01059-CJC-KES<br><br>District Judge: Hon. Cormac J. Carney<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

    Plaintiff ROGER GONZALEZ ("Plaintiff") and Defendant FCA US, LLC's accepted Defendants FCA US, LLC's Offer of Judgment Pursuant to Fed. R. Civ. P. 68 on March 9, 2022.

    Accordingly, the Court enters JUDGMENT in favor of Plaintiff pursuant to the terms of the Rule 68.

    **IT IS SO ORDERED.**

Date: October 17, 2022

                                                  Hon. Cormac J. Carney
                                                  District Court Judge