UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER GONZALEZ,<br><br>    Plaintiff,<br><br>vs.<br><br>FCA US, LLC; and DOES 1 through 10, inclusive<br><br>    Defendants. | Case No.: 8:21-cv-01059-CJC-KES<br><br>District Judge: Hon. Cormac J. Carney<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

   Plaintiff ROGER GONZALEZ ("Plaintiff") and Defendant FCA US, LLC's have agreed FCA will pay $34,000.00 to resolve Plaintiff's attorneys' fees, costs, and expenses.

   Accordingly, the Court enters JUDGMENT in favor of Plaintiff's pursuant to the terms of the parties' Joint Stipulation.

   **IT IS SO ORDERED.**

Date: December 1, 2022

*/s/ Cormac J. Carney*
Hon. Cormac J. Carney
District Court Judge

**CC: FISCAL**